

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

April 8, 2025

**VIA ECF ONLY**

Hon. Katherine S. Hayden, U.S.D.J.
Hon. Andre M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**ORDER**

Re:   *Stojkovic v. Bloomfield Total Health Center LLC*
      Case No. 25-cv-00885

Dear Judges Hayden and Espinosa:

This office represents defendant Bloomfield Total Health Center, LLC ("defendant") in the above-captioned matter. We write to the Court now with the consent of plaintiff.

With regard to plaintiff's pending motion for default judgment (ECF 8 *et seq.*), plaintiff has in recent days agreed to withdraw its motion. Plaintiff has also agreed, pursuant to defendant's request, to provide defendant with 21 days from last Friday, April 4, 2025 — until **April 25, 2025** to respond to the Complaint.

In view of the above, defendant respectfully requests that an order consistent with the foregoing be entered at the Court's convenience.

The Court's continued attention to this matter is appreciated.

Respectfully submitted,

Joel G. MacMull

cc:   All Counsel of Record (*via ECF*)

Defendant's request to extend its time to answer or otherwise respond is **SO ORDERED**.

Furthermore, at the parties' request, Plaintiff's motion for default judgment at D.E. 8 is withdrawn.

  /s/ André M. Espinosa
ANDRÉ M. ESPINOSA
United States Magistrate Judge

April 11, 2025